UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GENE W. SCHEEL, *et al.*,

  Plaintiffs,

  vs.

JAMIE ORTEGON, *et al.*,

  Defendants.

NO.  CV-09-3080-RHW

**ORDER DISMISSING COMPLAINT**

On June 16, 2011, the parties filed a joint Stipulated Motion for Dismissal (ECF No. 16).

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 24th day of June, 2011.


   *s/Robert H. Whaley*
   ROBERT H. WHALEY
   United States District Judge

Q:\aCIVIL\2009\Scheel\stipdismissal.ord.wpd

**ORDER DISMISSING COMPLAINT * 1**